

# HAAS GARAGE DOOR CO.

26020 GLENWOOD ROAD
PERRYSBURG, OHIO 43551
PHONE 419-874-4356
       800-797-4227
FAX   419-874-3171

# INVOICE

N

| | |
|---|---|
| INVOICE NUMBER: | 32073 |
| INVOICE DATE: | 3/7/11 |
| PAGE: | 1 |

SOLD TO: RUSS & JULIE HOLDRIDGE
9404 NEUROTH HWY.
BLISSFIELD, MI 49228

SHIP TO: SAME

| | |
|---|---|
| SHIP VIA: | U |
| SHIP DATE: | 3/4/11 |
| DUE DATE: | 3/17/11 |
| TERMS: | Net 10 Days |
| CUST. I.D.: | HOLRUS |
| P.O. NUMBER: | |
| P.O. DATE: | |
| OUR ORDER NO.: | |
| SALESPERSON: | TOM |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TAX |
|---|---|---|---|---|---|---|
| MRD  16'0" X 7'0"  MT-680W  MISER THERM DOOR | 1 | | EACH | 1,013.00 | 1,013.00 | |
| WHITE; 12" RADIUS; TORSION; 2" TRACK; | | | | | | |
| WOOD-CLIP; 3 EA. U-BAR STRUTS.  INSTALLED | | | | | | |
| REMOVE AND STACK OLD DOOR; REATTACH | | | | | | |
| OPERATOR | | | | | | |
| PAID IN FULL - DISCOVER | | | | | | |

Thank You for contacting Haas Garage Door.
We appreciate your business.

| | |
|---|---|
| SUBTOTAL: | 1,013.00 |
| TAX: | |
| PAYMENTS: | |
| TOTAL: | $1,013.00 |

Discover

dep 3-4-11

Impact Printing Services, LLC



# HAAS GARAGE DOOR CO.

26020 GLENWOOD ROAD
PERRYSBURG, OHIO 43551
PHONE 419-874-4356
       800-797-4227
FAX    419-874-3171

# INVOICE

**INVOICE NUMBER:** 32084
**INVOICE DATE:** 4/5/11
**PAGE:** 1

**SOLD TO:** SHINGLE RITE INSTALLERS
7264 CINDEN RD.
TEMPERANCE, MI 48182

**SHIP TO:** JOB
123 W. CENTRAL AVE.
TOLEDO, OH 43608

**CUST. I.D.:** SHIRIT
**P.O. NUMBER:**
**P.O. DATE:**
**OUR ORDER NO.:**
**SALESPERSON:** JIM

**SHIP VIA:** U-LUCAS
**SHIP DATE:** 4/4/11
**DUE DATE:** 4/15/11
**TERMS:** Net 10 Days

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TAX |
|---|---|---|---|---|---|---|
| MRD  8'0" X 7'0"  BASIC 280W  CLASSIC DOOR | | 1 | EACH | 478.19 | 478.19 | |
| WHITE; 15" RADIUS; TORSION; SIDE LOCK; 2" | | | | | | |
| TRACK; WOOD-CLIP; DOOR STOPS. | | | | | | |
| INSTALLED WOOD FOR JAMBS TO ATTACH TRACK | | | | | | |
| TO; INSTALLED DOOR | | | | | | |
| PAID IN FULL - CHECK #1003 | | | | | | |

Thank You for contacting Haas Garage Door.
We appreciate your business.

**SUBTOTAL:** 478.19
**TAX:**
**PAYMENTS:**
**TOTAL:** $478.19

√ #1003 - Shingle-Rite, LLC
Charter One
dep 4-5-11

Impact Printing Services, LLC



# HAAS GARAGE DOOR CO.

26020 GLENWOOD ROAD
PERRYSBURG, OHIO 43551
PHONE 419-874-4356
       800-797-4227
FAX   419-874-3171

# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | 32340 |
| INVOICE DATE: | 2/23/11 |
| PAGE: | 1 |

**SOLD TO:** DON WILLS
30372 BATES RD.
PERRYSBURG, OH 43551

**SHIP TO:** SAME

| | | | |
|---|---|---|---|
| SHIP VIA: | U-WOOD | CUST. I.D.: | WILDON |
| SHIP DATE: | 2/22/11 | P.O. NUMBER: | |
| DUE DATE: | 3/5/11 | P.O. DATE: | |
| TERMS: | Net 10 Days | OUR ORDER NO.: | |
| | | SALESPERSON: | TOM |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TAX |
|---|---|---|---|---|---|---|
| MRD  18'0" X 8'0"  ULTRA I 880W  CLASSIC DOOR | | 1 | EACH | 1,667.00 | 1,667.00 | |
| (5 SECTION); WHITE; 15" RADIUS; 25,000 | | | | | | |
| TORSION; 2" TRACK; WOOD-CLIP; 3 EA. U-BAR | | | | | | |
| STRUTS.  INSTALLED | | | | | | |
| REMOVE AND HAUL OLD DOOR; REATTACH | | | | | | |
| OPERATOR | | | | | | |
| CAN OF: SSC SPRAY LUBE | | | | | | |
| PAID IN FULL - CHECK #8028 | | | | | | |

Thank You for contacting Haas Garage Door.
We appreciate your business.

| | |
|---|---|
| SUBTOTAL: | 1,667.00 |
| TAX: | |
| PAYMENTS: | |
| TOTAL: | $1,667.00 |



u/c ✓ #8028 Donald C. Wills
Jeffrey A. Wills
Huntington
dep 2-22-11



# HAAS GARAGE DOOR CO.

26020 GLENWOOD ROAD
PERRYSBURG, OHIO 43551
PHONE 419-874-4356
       800-797-4227
FAX    419-874-3171

# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | 32352 |
| INVOICE DATE: | 3/10/11 |
| PAGE: | 1 |

SOLD TO: DAVID KAHLE
7611 LATCHA RD.
PERRYSBURG, OH 43551

SHIP TO: SAME

| | |
|---|---|
| CUST. I.D.: | KAHDAV |
| P.O. NUMBER: | |
| P.O. DATE: | |
| OUR ORDER NO.: | |
| SALESPERSON: | MARTY |

SHIP VIA: U-WOOD
SHIP DATE: 3/9/11
DUE DATE: 3/20/11
TERMS: Net 10 Days

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TAX |
|---|---|---|---|---|---|---|
| MRD  16'0" X 7'0"  258W  RAISED PANEL NON-INSULATED DOOR; WHITE; 12" RADIUS; TORSION; 2" TRACK; WOOD-CLIP. INSTALLED REMOVE AND HAUL OLD DOOR; REATTACH OPERATOR  PAID IN FULL - VISA | | 1 | EACH | 798.00 | 798.00 | |

4246-3151-6129-9647 (43542)
10/10

Thank You for contacting Haas Garage Door.
We appreciate your business.

| | |
|---|---|
| SUBTOTAL: | 798.00 |
| TAX: | |
| PAYMENTS: | |
| TOTAL: | $798.00 |

Visa

dep 3-9-11

Impact Printing Services, LLC