

# HAAS GARAGE DOOR CO.

26020 GLENWOOD ROAD
PERRYSBURG, OHIO 43551
PHONE 419-874-4356
       800-797-4227
FAX    419-874-3171

# INVOICE

**INVOICE NUMBER:** 31865
**INVOICE DATE:** 2/21/12
**PAGE:** 1

**SOLD TO:** KRIS PHILLIPS
617 KNOLLWOOD DR.
BOWLING GREEN, OH 43402

**SHIP TO:** SAME

**SHIP VIA:** U-WOOD
**SHIP DATE:** 2/20/12
**DUE DATE:** 3/2/12
**TERMS:** Net 10 Days

**CUST. I.D.:** PHIKRI
**P.O. NUMBER:** KRIS
**P.O. DATE:**
**OUR ORDER NO.:**
**SALESPERSON:** TOM

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TAX |
|---|---|---|---|---|---|---|
| 16'0" X 7'0" AT-922 CARRIAGE HOUSE DOOR | | 1 | EACH | 3,795.00 | 3,795.00 | |

BRONZE BASE WITH CUSTOMER SUPPLIED PAINT
OVERLAYS; TOP SECTION: (6) PANE
RETANGULAR 1/2" INSULATED LITES;
15" RADIUS; 25,000 TORSION; 2" TRACK;
WOOD-CLIP; 3 EA. U-BAR STRUTS; ULTRA
UPGRADE.
4 PAIR OF: DECORATIVE HINGES
2 PAIR OF: DECORATIVE HANDLES
7' MARANTEC CHAIN DRIVE OPERATOR WITH
THREE TRANSMITTERS & KEYLESS ENTRY.
HAUL AWAY OLD DOOR
PAID ADVANCE DEPOSIT -MASTERCARD-
$1,200.00
PAID BALANCE IN FULL -CK#2458- $2,595.00

Balance Due = $2,595.00

**SUBTOTAL:** 3,795.00
**TAX:**
**PAYMENTS:**
**TOTAL:** $3,795.00

Thank You for contacting Haas Garage Door.
We appreciate your business.

L/C Mastercard $1,200.00
        dep 1-26-12

✓ #2458 - John S. Fawcett
           Huntington